## Wickliffe, et al. v. Turner, et al.

(Decided September 19, 1912.)

### Appeal from Ballard Circuit Court.

Appeal.—If the record for any cause is not filed in time, and the time for filing is not extended by the Court of Appeals the appeal must be dismissed.

J. B. WICKLIFFE, HAL S. CORBETT for appellants.

R. L. SMITH, H. F. TURNER for appellees.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON— Sustaining motion to dismiss appeal.

The record not having been filed in the time allowed by law, and the time not having been extended by the court, the motion to dismiss the appeal must be sustained, although the filing of the bill of exceptions was delayed by causes beyond appellant's control. Tenn. Cent. R. R. Co. v. Reeves, 143 Ky., 467.

Appeal dismissed.